1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7  THOMAS F. EDER,

8            Plaintiff,

9       v.

10  MICHAEL J. ASTRUE,
    Commissioner of Social Security,

11

12            Defendant.
    _____

)
)
)
)
)
)
)
)
)
)
)
)

NO.  CV-09-241-CI

**JUDGMENT IN A
CIVIL CASE**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment dismissal is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED:  November 2, 2010

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk